UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>LAVELLE PARKER,<br><br>    Respondent. | No.  2:24-cv-3285 SCR P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either file an application to proceed in forma pauperis or pay the fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, petitioner shall either file an application to proceed in forma pauperis or submit the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 10, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2